IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHAEL C. SNIDER,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | **8:24CV356**<br><br>**ORDER** |

This matter comes before the Court on the parties' deposition designations, counter-designations, and objections thereto as to Helmer Pedersen.[1]

Defendant's objections are premised on Pedersen's lack of personal knowledge under Fed. R. Evid. 602 and improper lay opinion testimony under Fed. R. Evid. 701. The Court has reviewed the objected-to portions of the deposition and overrules Defendant's objections.

Plaintiff's objections are based on its third motion in limine requesting the Court to exclude evidence she believed improperly related to assumption of the risk. The Court has overruled this motion in limine for the reasons stated in its order. Filing No. 153 at 7. Accordingly, Plaintiff's objections to the deposition counter-designations premised on the motion in limine are also overruled. To the extent Plaintiff also makes relevance-related objections under Fed. R. Evid. 401, under Fed. R. Evid. 402, and under Fed. R. Evid. 403, those are also overruled.

IT IS ORDERED:

[1] The witness's last name also appears as Pederson in various places throughout the record.

1. The parties' objections to deposition designations and counter-designations as to Helmer Pedersen are ruled on as stated herein.

Dated this 21st day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge